IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER


| | |
|---|---|
| MURRAY GIBSON and<br>GLENN MILLER,<br><br>     Plaintiffs,<br><br>v.<br><br>KEITH SPRINGS, LLC, ITERA TIMBERLAND<br>& DEVELOPMENT STRATEGIES, LLC,<br>GREGORY BOREE, and TIMOTHY RITCH,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 4:04-CV-013<br>)   (Guyton)<br>)<br>)<br>)<br>)<br>) |


**MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the

Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings,

including entry of judgment. [Doc. 51].

The undersigned conducted a motion hearing on October 24, 2005, on several pretrial

motions. For the reasons stated in open court, it is hereby **ORDERED** as follows:

> 1. Defendants' Motion in Limine to Exclude Evidence on Itera
> Group [Doc. 44] is **GRANTED IN PART** and **DENIED IN PART**;
>
> 2. Defendants' Motion in Limine to Exclude Production or
> Reference to the Third-Party Indemnity Agreement [Doc. 45] is
> **DENIED**;
>
> 3. Defendants' Motion in Limine to Exclude Concerning Phil Curry
> [Doc. 46] is **DENIED**;

4. Defendants' Motion in Limine to Exclude Reference to Prior Issues Dismissed by Court on Defendant's Summary Judgment Motion [Doc. 47] is **GRANTED IN PART** and **DENIED IN PART**; and

5. Defendants' Motion in Limine to Exclude Parole Evidence Outside the Summary Term Sheet for Potential Real Estate Purchase [Doc. 48] is **DENIED**.

**IT IS SO ORDERED.**

**ENTER:**

s/ H. Bruce Guyton
United States Magistrate Judge