IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| MURRAY GIBSON AND GLENN MILLER, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 4:04-CV-13 ) JURY DEMAND |
| KEITH SPRINGS, LLC, ITERA TIMBERLAND & DEVELOPMENT STRATEGIES, LLC, GREGORY BOREE, AND TIMOTHY RITCH, | ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

**COME NOW** the parties by their respective attorneys of record and stipulate that this cause has been compromised and settled and it should be dismissed with prejudice. It is therefore,

**ORDERED AND ADJUDGED** by the Court that this cause be and the same hereby is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge
JUDGE

APPROVED FOR ENTRY:

SWAFFORD, PETERS, PRIEST & HALL

By: *[signature: Clinton H. Swafford]*
Clinton H. Swafford, #3637
100 First Avenue, S.W.
Winchester, TN 37398
(931) 967-3888

CLEMENTS & CROSS

By: *[signature: Paul D. Cross]* Signed with Consent. CHS.
Paul D. Cross, #12611
1020 W. Main St.
P. O. Box 99
Monteagle, TN 37356
(931) 924-2060

Attorneys for Plaintiffs

CHAMBLISS, BAHNER & STOPHEL, P.C.

By: *[signature: W. Jeffrey Hollingsworth]* Signed with Consent CHS.
W. Jeffrey Hollingsworth, #10788
1000 Tallan Building, Two Union Square
Chattanooga, TN 37402
(423) 756-3000

Attorney for Defendant